**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se　　　_____As counsel for:　_____
　　　　　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

　　_____Petitioner　_____Respondent　_____Amicus curiae　_____Cross Appellant

　　_____Appellant　_____Appellee　_____Intervenor

As amicus curiae or intervenor, this party supports (select one):

　　_____Petitioner or appellant　　_____Respondent or appellee

My address and telephone are:

　　Name:　_____
　　Law firm:　_____
　　Address:　_____
　　City, State and ZIP:　_____
　　Telephone:　_____
　　Fax #:　_____
　　E-mail address:　_____

Statement to be completed by counsel only (select one):

　　_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

　　_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

　　_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

　　_____Yes　_____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

　January 13, 2014　　　　　　　　　　　　　/s/ William P. Ramey III
　_____　　　　　　　　　_____
　　　　Date　　　　　　　　　　　　　　Signature of pro se or counsel

cc: _____